# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.: 3:07-cr-244-HES-MCR-2

**JOHNNY LEE JACKSON, JR.**

## ORDER

On January 29, 2008, following a hearing on Defendant's First Motion to Suppress Evidence (Doc. No. 21, filed October 26, 2007), the Magistrate Judge issued a Report and Recommendation denying the Motion (Doc. No. 57). Defendant filed Objections to the Report and Recommendation (Doc. No. 73, filed February 22, 2008), and the United States filed a Response in Opposition (Doc. No. 75, filed February 26, 2008).

Pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections to a Magistrate's Report and Recommendation within ten days of being served with a copy. The district court then must make a *de novo* determination with respect to the portions of the Report and Recommendation to which the objections are made. 28 U.S.C. § 636(b)(1); see Thomas v. Arn, 474 U.S. 140, 150–151 (1985).

Defendant makes five objections to the Magistrate's report, which are as follows: (1) the Magistrate erred in concluding that at the suppression hearing defense counsel had waived his argument that the police had effectuated an illegal traffic stop; (2) the Magistrate misunderstood Defense counsel's argument regarding the issue of probable cause with respect to the search of

the vehicle following the traffic stop; thus, leading to a flawed legal analysis; (3) the Magistrate's findings of fact with regard to the issue of consent was erroneous and contrary to the facts; (4) the Magistrate failed to address the issue of whether officers had probable cause to seize the Defendant's vehicle following two roadside searches prompted by dog sniffs; and (5) the Magistrate erred in finding that the Defendant was not seized based on the fact that his passenger was free to leave.

Upon consideration of the Report and Recommendation, and upon conducting an independent *de novo* review of the entire record in this matter, including the Defendant's Objections and the transcript of the suppression hearing, it is

**ORDERED, DECREED AND ADJUDGED**

1. Defendant's Objections to the Magistrate's Report and Recommendation (Doc. No. 73) are **OVERRULED**.

2. The Court confirms the Magistrate Judge's findings of fact and conclusions of law, and the Report and Recommendation (Doc. No. 57) is **ADOPTED** as the opinion of the Court.

**DONE AND ENTERED** at Jacksonville, Florida, this 6th day of March, 2008.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Edward Joel Abramson, Esq.
Andrew Tysen Duva, AUSA
Bonnie Ames Glober, AUSA
Hon. Monte C. Richardson
Law Clerk (MCR)

2